■ ROBERT ROSENBAUM, Appellant, v. CITY OF YONKERS et al., Respondents.— Judgment of the Supreme Court, Westchester County, dated May 14, 1965, reversed, on the law, and new trial granted, with costs to abide the event. No questions of fact have been considered. In our opinion it was error for the Trial Justice to dismiss the complaint at the close of all the evidence since questions of fact were presented which should have been submitted to the jury. Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.